**Order entered March 20, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00160-CV

**NORGUARD INSURANCE CO., Appellant**

**V.**

**A.N.D. HOME HEALTHCARE, LLC D/B/A**
**HELPING HANDS HOME SERVICES, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-03097-2019**

### ORDER

Before the Court is appellant's March 19, 2020 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to April 6, 2020.

> /s/    BILL WHITEHILL
> JUSTICE